IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY PHELPS, | Case No. 1:11-cv-00183 MJS (PC) |
| Plaintiff, | ORDER DISREGARDING MOTION TO PROCEED IN FORMA PAUPERIS AS MOOT |
| vs. | |
| WASCO STATE PRISON RECEPTION CENTER, et al., | ( ECF No. 8) |
| Defendants. | |
| _____/ | |

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. Section 1983.

On March 30, 2011, Plaintiff filed an application to proceed in forma pauperis. (ECF No. 8.)  The court granted plaintiff's previous application to proceed in forma pauperis on February 3, 2011.  Accordingly, Plaintiff's instant Motion to Proceed in forma pauperis is DENIED as moot.

IT IS SO ORDERED.

Dated:   April 15, 2011              /s/ *Michael J. Seng*
                                     UNITED STATES MAGISTRATE JUDGE