# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY PHELPS, SR., | CASE NO.   1:11-cv-183-MJS (PC) |
| Plaintiff, | ORDER DENYING MOTION FOR COURT ORDER |
| v. | (ECF No. 7) |
| WASCO STATE PRISON RECEPTION CENTER, et al., | |
| Defendants. | |

Plaintiff Tony Phelps, Sr. ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Before the Court is Plaintiff's Motion for Court Order asking for an order mandating that Wasco State Prison give Plaintiff access to his medical records so that he can "prove" his case.

Federal courts are courts of limited jurisdiction, and as a preliminary matter, the Court must have before it an actual case or controversy.  <u>City of Los Angeles v. Lyons</u>, 461 U.S. 95, 102 (1983); <u>Jones v. City of Los Angeles</u>, 444 F.3d 1118, 1126 (9th Cir. 2006). Plaintiff's claims in this case involve whether he was afforded proper medical care; they do not involve whether he was denied access to his medical records.  As such, the Court

lacks jurisdiction to issue the order sought in this case.  Plaintiff mentions that he has requested an <u>Olsen</u> review of his file, which seems to be a more appropriate avenue for getting the relief he seeks.  Plaintiff is also reminded that, at this stage in the proceedings, the Court assume that all plausible facts pled in the Complaint are true, even in the absence of any evidence supporting the claims.  Though Plaintiff may need his medical records to support his claim if it proceeds further into the litigation process, such evidence is unnecessary at this time.

      For the reasons stated above, Plaintiff's Motion for Court Order is DENIED.

IT IS SO ORDERED.

Dated:    April 21, 2011                /s/ *Michael J. Seng*
                                          UNITED STATES MAGISTRATE JUDGE